**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

TAVIA WAGNER,

       Plaintiff,

v.                                     Case No:   6:24-cv-1843-PGB-LHP

HOUSE OF CHRIST MINISTRIES,
INC. and TACOLANDIA, LLC,

       Defendants

---

**ORDER**
(And Direction to Clerk of Court)

    This cause comes before the Court *sua sponte*.   Plaintiff instituted this action by complaint filed against Defendants House of Christ Ministries, Inc. and Tacolandia, LLC on October 11, 2024.   Doc. No. 1.   Defendants initially appeared in the case through counsel.   Doc. No. 11.   However, on December 20, 2024, counsel withdrew from representing Tacolandia, LLC.   Doc. Nos. 17–18.[1]   In the Order granting withdrawal, the Court noted that Tacolandia, LLC cannot proceed

---

[1] House of Christ Ministries, Inc. remains represented by counsel, and Plaintiff and House of Christ Ministries, Inc. have filed a notice of settlement.   Doc. Nos. 11, 27.   This Order pertains to Tacolandia, LLC alone.

*pro se.*   Doc. No. 18, at 2 (citing *S.E.C. v. Merchant Cap., LLC*, 486 F. App'x 93, 94 n.1 (11th Cir. 2012) ("It is well established . . . that a business organization cannot appear *pro se* and must be represented by counsel, not merely by a stockholder or officer.")). Accordingly, the Court permitted Tacolandia, LLC thirty (30) days to retain new counsel and to cause counsel to appear on its behalf.   *Id.* at 2–3.   The Court cautioned Tacolandia, LLC that failure to do so "may result in the entry of default without further notice."   *Id.* at 3.

The thirty (30) day deadline lapsed on January 21, 2025.   Doc. No. 18; *see also* Fed. R. Civ. P. 6(a)(1)(C).   But on review of the docket, no counsel has appeared on behalf of Tacolandia, LLC.   Accordingly, the **Clerk of Court** is **DIRECTED** to enter default against Tacolandia, LLC.   The **Clerk of Court** is further **DIRECTED** to mail a copy of this Order to Tacolandia, LLC to the address reflected on the docket.

**DONE** and **ORDERED** in Orlando, Florida on January 27, 2025.

Leslie Hoffman Price

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

- 2 -