# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

TAVIA WAGNER,

      Plaintiff,

v.                                        Case No:   6:24-cv-1843-PGB-LHP

HOUSE OF CHRIST MINISTRIES,
INC. and TACOLANDIA, LLC,

      Defendants

---

## ORDER

Before the Court is Plaintiff's Motion for Entry of Judgment After Clerk's Entry of Default.  Doc. No. 30.  Upon review, given the appearance of Defendant House of Christ Ministries, Inc. in this case, the motion (Doc. No. 30) is **DENIED without prejudice** for failure to comply with Local Rule 3.01(g).  The Court notes that the motion (Doc. No. 30) also fails to comply with the formatting requirements set forth in Local Rule 1.08.

**DONE** and **ORDERED** in Orlando, Florida on February 19, 2025.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties